UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.   MJ07-533 |
| ) | |
| v. ) | |
| ) | |
| MATTHEW ASHBY, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Offenses charged in the Eastern District of Missouri:

Violations of Pretrial Release.

Date of Detention Hearing:   December 6, 2007

The Court, having conducted an uncontested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The Government was represented by Roger Rogoff. The defendant was represented by Michele Shaw. The defendant stipulated to detention. Defendant shall therefore be detained pending a Rule 5/Rule 20 status hearing scheduled before the court on December 21, 2007.

**It is therefore ORDERED:**

(l) Defendant shall be detained pending a Rule 5/Rule 20 status hearing and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER
PAGE -1-

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 19th day of December, 2007.

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -2-